**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DIANE E. GATEWOOD,**

                **Plaintiff,**

**-vs-**                                                **Case No. 6:09-cv-122-Orl-31KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

                **Defendant.**
_____

## ORDER

       This cause comes before the Court on the Complaint filed by the Plaintiff seeking review of the Commissioner of the Social Security Administration decision denying her claim for Social Security Benefits (Doc. No. 1) filed January 16, 2009.

       The United States Magistrate Judge has submitted a report recommending that the Commissioner of the Social Security Administration be reversed and the case be remanded for further proceedings (Doc. No. 17). No objections to the Report and Recommendation have been filed. Accordingly, it is

       **ORDERED** as follows:

       1.     The Report and Recommendation filed January 11, 2009 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to enter judgment accordingly and, thereafter, close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 2nd day of February, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE